UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

# JS - 6

| | | | |
|---|---|---|---|
| Case No. | EDCV17-00392-JGB(KKx) | Date | July 13, 2017 |
| Title | Elisa Rodriguez v. Armand Law Group, PLLC | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

**Proceedings:** **(IN CHAMBERS)** Order Dismissing for Lack of Prosecution

    On June 23, 2017, the Court issued an Order to Show Cause (Dkt. No. 14) wherein Plaintiff was ordered to respond in writing by Friday, July 7, 2017. As of the date of this order, Plaintiff has failed to respond. Accordingly, the Court dismisses the case without prejudice, for failure to prosecute.

IT IS SO ORDERED.